IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| VANCE CALLENDER; BROOKE CALLENDER; DAVID CHIN; ANTHONY DAVIS; JOAN DAVIS; IAN HENDRICKS; NATALIE HENDRICKS; NORDIA HENRY; ALICE HYDE; RAY MAYLOR; TAMARA MUHAMMAD, SEAN OSNER; HANAN CHANNOUM; JOAN SHAW; STEPHEN SHAW-NAAR; LORNA SHELLY-WILLIAMS; TERRENCE WILLIAMS; SHELLINA SKYRME; ANGELA WATES; and RICHARD WATES, | § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:11-cv-02382-B |
| v. | § | |
| AMERICAN AIRLINES, INC. | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION TO DISMISS CLAIMS OF
CERTAIN PLAINTIFFS WITH PREJUDICE**

Plaintiffs, Vance Callender, Brooke Callender, Anthony Davis, Joan Davis, Ian Hendricks, Natalie Hendricks, Nordia Henry, Ray Maylor, Tamara Muhammad, Lorna Shelly-Williams, Terrence Williams, Angela Wates, Richard Wates and Justine Williams (collectively, "Settling Plaintiffs"), have resolved their claims with Defendant and are desirous of having their claims against Defendant, American Airlines, Inc. asserted in this cause of action dismissed with prejudice to the refiling of same.  The claims of the remaining named Plaintiffs, David Chin, Alice Hyde, Sean Osner, Hanan Channoum, Joan Shaw, Stephen Shaw-Naar, and Shellina Skyrme were dismissed with prejudice on November 5, 2012 by Order [50].

Therefore, dismissal with prejudice of the claims of the Settling Plaintiffs will result in the dismissal of all pending claims and the dismissal with prejudice of the entire cause of action.

Respectfully submitted,

**SLACK & DAVIS, L.L.P.**

Michael L. Slack
Texas State Bar No. 18476800
Donna J. Bowen
Texas State Bar No. 00790346
2705 Bee Cave Road, Suite 220
Austin, Texas  78746
Telephone:  (512) 795-8686
Telecopier:  (512) 795-8787
Email:  mslack@slackdavis.com

**SLACK & DAVIS, L.L.P.**

Ladd C. Sanger
Texas State Bar No. 00797378
Paula F. Sweeney
Texas State Bar No. 07044300
2911 Turtle Creek Boulevard, Suite 1400
Dallas, Texas  75219
Telephone:  (214) 528-8686
Telecopier:  (214) 528-6989
Email:  lsanger@slackdavis.com

_____
**MICHAEL L. SLACK**
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF CONFERENCE

I hereby certify that the issues contained in this motion have been discussed between the parties.  Defendant does not oppose this motion.  Therefore, an Agreed Order is submitted to the Court for review and approval.

UNOPPOSED MOTION TO DISMISS CLAIMS OF CERTAIN PLAINTIFFS WITH PREJUDICE – PAGE 2

## CERTIFICATE OF SERVICE

I hereby certify that on April 1st, 2013, I electronically filed the foregoing document with the clerk for the United States District Court for the Northern District of Texas using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record in this matter.