IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VANCE CALLENDER; BROOKE CALLENDER; DAVID CHIN; ANTHONY DAVIS; JOAN DAVIS; IAN HENDRICKS; NATALIE HENDRICKS; NORDIA HENRY; ALICE HYDE; RAY MAYLOR; TAMARA MUHAMMAD, SEAN OSNER; HANAN CHANNOUM; JOAN SHAW; STEPHEN SHAW-NAAR; LORNA SHELLY-WILLIAMS; TERRENCE WILLIAMS; SHELLINA SKYRME; ANGELA WATES; and RICHARD WATES,<br><br>           Plaintiffs<br>v.<br><br>AMERICAN AIRLINES, INC.<br><br>           Defendant. | Civil Action No.<br>3:11-cv-02382-B |

**AGREED ORDER OF DISMISSAL OF CLAIMS OF
CERTAIN PLAINTIFFS WITH PREJUDICE**

On this day, Plaintiffs, Vance Callender, Brooke Callender, Anthony Davis, Joan Davis, Ian Hendricks, Natalie Hendricks, Nordia Henry, Ray Maylor, Tamara Muhammad, Lorna Shelly-Williams, Terrence Williams, Angela Wates, Richard Wates and Justine Williams by and through their attorney of record, represented to the Court that they are desirous of having their claims against Defendant, American Airlines, Inc., asserted in this cause of action dismissed with prejudice to the refiling of same, with costs to be borne by the party who incurred them.

IT IS THEREFORE ORDERED that the claims against Defendant, American Airlines, Inc., asserted by Plaintiffs, Vance Callender, Brooke Callender, Anthony Davis, Joan Davis, Ian Hendricks, Natalie Hendricks, Nordia Henry, Ray Maylor, Tamara Muhammad, Lorna Shelly-


Williams, Terrence Williams, Angela Wates, Richard Wates and Justine Williams, in the above-entitled and numbered cause should be and are hereby dismissed, with prejudice to the refiling of same, with costs to be borne by the party who incurred them.

The claims of the remaining named Plaintiffs, David Chin, Alice Hyde, Sean Osner, Hanan Channoum, Joan Shaw, Stephen Shaw-Naar, and Shellina Skyrme were dismissed with prejudice on November 5, 2012 by Order [50]. Therefore, all claims of the entire cause of action are hereby dismissed, with prejudice to the refiling of same, with costs to borne by the party who incurred them.

SO ORDERED.

DATED: April 1st, 2013.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE